IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Kasimah Darice El Amin,

      Plaintiff,           No. CIV 06-0252 LKK PAN P

    vs.

Solano County Jail,

      Defendants.       ORDER

                                  /

        Plaintiff, an inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

1

Dockets.Justia.com

1  failure to comply with this order will result in a recommendation that this action be dismissed
2  without prejudice.
3  DATED: February 17, 2006

_____
UNITED STATES MAGISTRATE JUDGE

7
amin0252.3B.new