IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASIMAH DARICE EL AMIN,

     Plaintiff,                    No. CIV S-06-0252 LKK PAN P

    vs.

SOLANO COUNTY JAIL, et al.,

     Defendants.            <u>ORDER</u>

         Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

         Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: April 24, 2006.

                                     UNITED STATES MAGISTRATE JUDGE

\004
\amin0252.59